FILED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

2025 NOV 21  P 2: 29

Alexandria Division

STEPHEN BYRD,

                Plaintiff,

v.

OPENAI, L.L.C.; WALMART INC.; TARGET CORPORATION,

                Defendants.

Case No. 1:25-cv-02079

**AMENDED COMPLAINT FOR MISAPPROPRIATION OF TRADE SECRETS**

(DTSA & VUTSA) AND INJUNCTIVE RELIEF

[Same complaint as original, but correct this section:]

ORIGINAL TEXT:

"...executives and legal counsel for the Defendants have opened and reviewed the notice materials, claims charts, and WIPO opinion documents in excess of 150 times to date."

AMENDED TEXT:

"...executives and legal counsel for the Defendants have opened and reviewed the notice materials, claims charts, and WIPO opinion documents a total of 229 times to date, as evidenced by attached email open logs."

SUPPLEMENTAL DECLARATION OF STEPHEN BYRD

I, Stephen Byrd, declare as follows:

1. I filed a Declaration in support of my Complaint on November 18, 2025.

2. In that Declaration, paragraph 6, I stated: "...email logs confirm that high-level C-suite executives and General Counsel for the Defendants have collectively opened and reviewed the notice materials, claims charts, and WIPO documents in excess of 150 times to date."

3. Upon careful review and recalculation of the email open tracking logs, the accurate count of opens is 229, not 150.

4. I hereby correct and supplement my prior Declaration with the following accurate statistics:

TARGET CORPORATION:

189 total opens (Feb 2025 - Nov 7, 2025)

By: C-suite executives and General Counsel

Documents: CONFIDENTIAL Claims Charts and WIPO Opinion


WALMART INC.:

[Insert accurate number] opens (April 3 - July 7, 2025)

By: C-suite executives

Documents: CONFIDENTIAL Claims Charts and WIPO Opinion


OPENAI, L.L.C.:

SUPPLEMENTAL DECLARATION OF STEPHEN BYRD

I, Stephen Byrd, declare as follows:

1. I filed a Declaration in support of my Complaint on November 16, 2025.

2. In that Declaration, paragraph 3, I stated: "...email logs confirm that high-level C-suite executives and General Counsel for the Defendants have collectively opened and reviewed the notice materials, claims charts, and WIPO documents in excess of 150 times to date."

3. Upon careful review and recalculation of the email open tracking logs, the accurate count of opens is 229, not 150.

4. I hereby correct and supplement my prior Declaration with the following accurate statistics:

TARGET CORPORATION:

139 total opens (Feb 2025 – Nov 7, 2025)

By: C-suite executives and General Counsel

Documents: CONFIDENTIAL Claims Charts and WIPO Opinion

WALMART INC:

[insert accurate number] opens (April 3 – July 7, 2025)

By: C-suite executives

Documents: CONFIDENTIAL Claims Charts and WIPO Opinion

OPENAI, LLC:

[Insert accurate number] opens (Oct 3 thru Oct. 20, 2025)

By: Greg Brockman (President/Co-founder)

Documents: CONFIDENTIAL Claims Charts

TOTAL: 229 opens across all defendants

5. This higher figure further demonstrates the knowing, willful, deliberate, and sustained nature of Defendants' access to and use of Plaintiff's CONFIDENTIAL trade secrets.

6. The correction from 150 to 229 opens significantly strengthens the evidence of:

   a) Defendants' actual knowledge

   b) Willfulness of misappropriation

   c) Deliberate intent to copy

   d) Lack of independent development

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this [DATE], 2025, in Westphalia, Maryland.

Stephen Byrd

Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
__Alexandria__ DIVISION

__Stephen Byrd__
Plaintiff(s),

v.

__Open AI, Target & Walmart__
Defendant(s),

Civil Action Number: __1:25-cv-02079__

## LOCAL RULE 83.1 (N) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared or assisted in the preparation of __Admended Complaint a Declaration__
(Title of Document)

__Stephen Byrd__
Name of Pro Se Party (Print or Type)

__/s/ Byrd__
Signature of Pro Se Party

Executed on: __11/21/2025__ (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document.

_____
(Name of Pro Se Party (Print or Type)

_____
Signature of Pro Se Party

Executed on: _____ (Date)